AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br><br>KATHERINE MEAGAN VOGEL<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 3:25-mj-00274<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT
### BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __September 30, 2025__ in the county of __Multnomah__ in the _____ District of __Oregon__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) | Assault on a Federal Officer |

This criminal complaint is based on these facts:

See the attached affidavit.

☐ Continued on the attached sheet.

/s/ By Telephone
*Complainant's signature*

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4 1 telephone at __10:20__ a.m.

Date: __10/1/2025__

*[signature]*
*Judge's signature*

City and state: __Portland, OR__    U.S. Magistrate Judge Stacie F. Beckerman
*Printed name and title*

3:25-mj-00274

DISTRICT OF OREGON, ss:        AFFIDAVIT OF ▬▬▬▬

**Affidavit in Support of a Criminal Complaint and Arrest Warrant**

I, ▬▬▬▬, being duly sworn, do hereby depose and state as follows:

**Introduction and Agent Background**

1. I am employed as a Special Agent with the Federal Protective Service (FPS), assigned to the Region 8 Investigations Branch in Fort Collins, Colorado. I have been an Agent with the FPS since August 2016. As part of my daily duties as an FPS Special Agent, I investigate general crimes. I graduated from the Federal Law Enforcement Training Center's Criminal Investigator Training Program in June 2017. I have experience investigating crimes against federal employees and federal property, including threats and assaults on federal government employees.

2. I submit this affidavit in support of a criminal complaint and arrest warrant for KATHERINE VOGEL for Assault on a Federal Officer, in violation of 18 U.S.C. § 111(a)(1). As set forth below, I have probable cause to believe that VOGEL committed the crime of Assault on a Federal Officer, in violation of 18 U.S.C. § 111(a)(1).

3. The facts set forth in this affidavit are based on my own personal knowledge, knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers, interviews of witnesses, my review of records related to this investigation, communication with others who have knowledge of the events and circumstances described herein, and information gained through my training and experience. Because this affidavit is submitted for the limited purpose of establishing probable cause in support of the application for a complaint and an arrest warrant, it does not set forth each fact

**Affidavit of** ▬▬▬▬

that I or others have learned during this investigation.

## Applicable Laws

4.  18 U.S.C. § 111(a)(1) makes it an offense to forcibly assault, resist, oppose, impede, intimidate, or interfere with any person designated in 18 U.S.C. § 1114 while engaged in or on account of the performance of official duties. Persons designated in § 1114 include any officer or employee of the United States or of any agency in any branch of the United States government while such officer or employee is engaged in or on account of the performance of official duties, and any person assisting such an officer or employee in the performance of official duties. Under § 111(a), simple assault is a misdemeanor, but where the assaultive acts involve physical contact with the victim, the offense is a felony punishable by imprisonment up to 8 years. Assaulting a federal officer which results in bodily injury is punishable by up to 20 years' imprisonment. The statute does not define "bodily injury" however 18 U.S.C. § 1365(h)(4) has been interpreted to define bodily injury to mean: (A) a cut, abrasion, or bruise, (B) physical pain, or (C) any other injury to the body, no matter how temporary.

## Statement of Probable Cause

### June 2025: Protests at the Portland ICE Building

5.  Since June 4, 2025, protests have occurred at the U.S. Immigration and Customs Enforcement (ICE) Portland Field Office located at 4310 South Macadam Ave in Portland, Oregon. During daylight hours, some of the attendees at the demonstration have harassed both ICE clients and employees by following them with cameras making disparaging remarks and threatening statements, including stating that that they know where the target lives or that they will find the target of the harassment. Many of these individuals dress in all black clothing,

commonly referred to as "black bloc." Black bloc can prevent identification of individual actors by authorities. After nightfall, the attendees generally become more aggressive, damaging personal and government property, and throwing items toward federal law enforcement officers working at the building. The violence toward officers has included discharging pepper spray at officers as well as throwing rocks, trash, and bricks pulled from the ICE facility's driveway.

6. On September 30, 2025, at approximately 11:00 P.M., FPS and United States Border Patrol (USBP) law enforcement personnel deployed outside the gates of the ICE facility to make a targeted arrest on VOGEL and others who were observed applying red paint to the ICE facility which is a 41 CFR Part 102-74.380 violation. VOGEL was easily identifiable by her multicolored jacket and black pants.

7. On September 30, 2025, at approximately 11:05 P.M., FPS and United States Border Patrol (USBP) law enforcement personnel deployed outside the gates of the ICE facility to make a targeted arrest of VOGEL for a 41 CFR Part 102-74.380 violation. While VOGEL was being taken into the ICE facility for processing, she struck V, a federal officer, in left side of his jaw with the closed fist of her right hand which is a violation of 18 U.S.C. § 111(a)(1).

8. On October 1, 2025, at approximately 12:36 AM, FPS Special Agents, conducted an interview with V. During the interview, V stated that he and his team were deploying from the Portland ICE facility, located at 4310 South Macadam Avenue, to execute a targeted arrest of KATHERINE VOGEL and others. V further stated that, while VOGEL was being escorted into the ICE facility for processing, she actively resisted by flailing her body and subsequently struck him on the left side of his jaw with a closed fist using her right hand. V stated that he did not sustain any injuries as a result of the incident.

9. On October 1, 2025, at approximately 1:26 A.M, FPS Special Agents, conducted a custodial interview with KATHERINE VOGEL. Prior to the interview, VOGEL was advised of her Miranda rights, which she voluntarily waived, agreeing to participate in the interview. During the interview, VOGEL stated that she did not participate in the painting of the ICE facility but acknowledged being present at the location. VOGEL further stated that she did not recall striking V and firmly asserted that she was "peaceful" and "not violent."

10. On October 1, 2025, I conducted a review of Video Surveillance System (VSS) footage related to the incident. The footage from Camera C1-E16, positioned at the front of the Gate House, depicts KATHERINE VOGEL resisting and assaulting V. Additionally, I reviewed body-worn camera footage from V and a nearby officer, which also captured the assault. Below are screenshots from the ICE surveillance showing VOGEL using red paint, resisting arrest and punching V in the face.



KATHERINE VOGEL in front of ICE vehicle entrance applying red paint.

**Affidavit of** ▓▓▓▓▓▓▓▓                                                                                         **Page  4**



KATHERINE VOGEL in front of ICE vehicle entrance with red paint on her hands.



KATHERINE VOGEL holding her red painted hand up outside the ICE facility.

**Affidavit of** ▮▮▮▮▮▮▮▮                                                                 **Page 5**



KATHERINE VOGEL being taken into custody.



KATHERINE VOGEL striking V.

**Affidavit of** ▮                                                                                                         **Page 6**



KATHERINE VOGEL resisting V.

11. A review KATHERINE VOGEL's criminal history revealed prior arrest for Obstructing a Public Officer and Resisting Arrest with no convictions.

### Conclusion

12. Based on the foregoing, I have probable cause to believe that KATHERINE VOGEL willfully committed Assault on a Federal Officer, in violation of 18 U.S.C § 111. I therefore request that the Court issue a criminal complaint and an arrest warrant for KATHERINE VOGEL.

13. Prior to being submitted to the Court, this affidavit, the accompanying complaint and the arrest warrant were all reviewed by an Assistant United States Attorney, and the AUSA advised me that the affidavit and complaint are legally and factually sufficient to establish probable cause to support the issuance of the requested criminal complaint and arrest warrant.

**Affidavit of** ▇▇▇▇▇▇▇                                              **Page  7**

## Request for Sealing

14. It is respectfully requested that the Court issue an order sealing, until further order of the Court, all papers submitted in support of the requested arrest warrant. I believe that sealing these documents is necessary any disclosure of the information at this time may cause destruction of or tampering with evidence, cause intimidation of potential witnesses, or otherwise seriously jeopardize an investigation. Premature disclosure of the affidavit and the arrest warrant may adversely affect the integrity of the investigation.

*By phone pursuant to Fed. R. Crim. P. 4.1*
███████████
Special Agent, FPS

Sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 10:20 a.m. on 10/1/2025.

*Stacie F. Beckerman*
HONORABLE STACIE F. BECKERMAN
United States Magistrate Judge