AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| United States of America | ) | |
| v. | ) | Case No.  3:25-mj-274 |
| KATHERINE MEAGAN VOGEL | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant*

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    KATHERINE MEAGAN VOGEL                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

See attached affidavit.

Date:    10/1/2025                                    *Stacie F. Beckerman*
                                                          *Issuing officer's signature*

City and state:    Portland, Oregon                United States Magistrate Judge Stacie F. Beckerman
                                                          *Printed name and title*

| Return | | |
|---|---|---|
| This warrant was received on *(date)* 10/01/25 , and the person was arrested on *(date)* 10/01/25 at *(city and state)* . | | |

Date: 10/01/25                                    _____
                                                          *Arresting officer's signature*

                                                          Inspector O Tapia
                                                          *Printed name and title*